IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENSO CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-420-KAJ |
| MITSUBISHI ELECTRIC CORPORATION, ET AL., | ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington, Delaware, this **28th** day of **March, 2005**, there having been no activity in the above captioned case since October 14, 2004;

IT IS ORDERED that, on or before **April 8, 2005**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES DISTRICT JUDGE