IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENSO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-420 (KAJ) |
| | ) | |
| MITSUBISHI ELECTRIC CORPORATION and MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA, INC., | ) ) ) ) | |
| Defendants. | ) | |

NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff Denso Corporation hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(i).

MORRIS, NICHOLS, ARSHT & TUNNELL

*[signature]*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
  *Attorneys for Plaintiff Denso Corporation*

OF COUNSEL:

Jesse J. Jenner
Charles Quinn
Ropes & Gray, LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

March 29, 2005